IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| DAVID PAUL WOLF, #468145 | § | |
| VS. | § | CIVIL ACTION NO. 6:10cv381 |
| REBECCA RUDD, ET AL. | § | |

ORDER OF PARTIAL DISMISSAL

Plaintiff David Paul Wolf, a prisoner confined in the Texas prison system, proceeding *pro se* and *in forma pauperis*, filed this civil rights lawsuit under 42 U.S.C. § 1983 complaining of the medical treatment he has received or been denied during his confinement. The lawsuit was referred to United States Magistrate Judge John D. Love, who issued a Report and Recommendation (docket entry #30) concerning the disposition of the lawsuit. The Plaintiff has filed objections (docket entry #32).

The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and having made a *de novo* review of the objections raised by the Plaintiff, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections by the Plaintiff are without merit. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court. It is accordingly

**ORDERED** that the Plaintiff may proceed with his for denial of access to medical care against Defendant Allison. It is further

**ORDERED** that the Plaintiff's remaining claims against Defendants Rudd, Linthicum, Murray, Deshields and Sapp are **DISMISSED WITH PREJUDICE**.

**So ORDERED and SIGNED this 6th day of September, 2011.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**