IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| DAVID PAUL WOLF, #468145 | § | |
| VS. | § | CIVIL ACTION NO. 6:10cv381 |
| REBECCA RUDD, ET AL. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge John D. Love. The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. The Report recommends that Plaintiff's Motion for Summary Judgment (docket entry #49) be denied due to the existence of genuine disputes of material fact. Fed. R. Civ. P. 56(a). No objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court. It is therefore

**ORDERED** that Plaintiff's Motion for Summary Judgment (docket entry #49) is hereby **DENIED**.

So **ORDERED** and **SIGNED** this 10th day of September, 2012.

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**